**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NADRECA REID, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

        - against -

LUSETA BEAUTY INC.,

                      Defendant.
-------------------------------------------------------------X

Case No.  1:23-cv-3161-LJL

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Nadreca Reid, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Luseta Beauty Inc.

Dated: Scarsdale, New York
         May 3, 2023

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: _____
                                        Dan Shaked, Esq.
                                        14 Harwood Court, Suite 415
                                        Scarsdale, NY 10583
                                        Tel. (917) 373-9128
                                        e-mail: ShakedLawGroup@Gmail.com